## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William A. Smith<br>&<br>Erin M. Smith<br><br>            Debtors | CHAPTER 7<br><br>BKY. NO. 18-17373 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                            Respectfully submitted,

                            **/s/ Kevin G. McDonald, Esq.**
                            Kevin G. McDonald, Esquire
                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322